# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Catlin Specialty Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00617-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Linda H. Stamps et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2018 Order.

April 1, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court